**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANJIT SINGH BRAR, | No. 07-70361 |
| Petitioner, | Agency No. A047-410-192 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009 [**]

Before:     WALLACE, GOODWIN, and CLIFTON, Circuit Judges.

Manjit Singh Brar, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's ("IJ") removal order.  We have jurisdiction under 8 U.S.C. § 1252.  We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

AP/Research

review for substantial evidence the IJ's factual findings, *Damon v. Ashcroft*, 360 F.3d 1084, 1088 (9th Cir. 2004), and for abuse of discretion the denial of a request for a continuance, *Biwot v. Gonzales*, 403 F.3d 1094, 1099 (9th Cir. 2005). We deny the petition for review.

Substantial evidence supports the agency's determination that Brar's marriage was not bona fide where Brar's citizen-spouse testified she married Brar for immigration purposes, she received $15,000 for marrying him and the couple never resided together. *See Damon*, 360 F.3d at 1089 (test for a bona fide marriage is whether the couple intended to establish a life together at the time they were married); *see also Bark v. INS*, 511 F.2d 1200, 1201-02 (9th Cir. 1975) (conduct of parties after marriage is relevant to show intent at time of marriage).

The IJ did not abuse his discretion in denying Brar a continuance. *See De la Cruz v. INS*, 951 F.2d 226, 229 (9th Cir. 1991) (no error in denying continuance where alien was ineligible for relief sought).

Brar's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**